# EXHIBIT A

| | Title | Registration Number / Date |
|---|---|---|
| 1 | House Plan CH669 V16 | VA0002316898 / 2022-08-03 |
| 2 | House Plan CH679 | VAu001454201 / 2021-11-29 |
| 3 | House Plan CH680 | VAu001449190 / 2021-10-12 |
| 4 | House Plan CH681 | VAu001451583 / 2021-11-11 |
| 5 | House Plan CH682 | VAu001454206 / 2021-12-07 |
| 6 | House Plan CH683 | VAu001454537 / 2021-12-13 |
| 7 | House Plan CH685 | VAu001454666 / 2021-12-16 |
| 8 | House Plan CH686 | VAu001455053 / 2021-12-20 |
| 9 | House Plan CH687 | VAu001455151 / 2021-12-24 |
| 10 | House Plan CH688 | VAu001456803 / 2022-01-10 |
| 11 | House Plan CH689 | VAu001455419 / 2022-01-24 |
| 12 | House Plan CH690 | VAu001467471 / 2022-04-04 |
| 13 | House Plan CH690 V2 | VA0002300814 / 2022-04-21 |
| 14 | House Plan CH691 | VAu001483360 / 2022-10-06 |
| 15 | House Plan CH692 | VAu001477038 / 2022-07-06 |
| 16 | House Plan CH693 | VAu001474820 / 2022-06-28 |
| 17 | House Plan CH694 | VAu001478250 / 2022-08-04 |
| 18 | House Plan CH695 | VAu001482289 / 2022-09-14 |
| 19 | House Plan CH697 | VAu001482657 / 2022-09-21 |
| 20 | House Plan CH698 | VAu001483776 / 2022-10-18 |
| 21 | House Plan CH699 | VAu001487960 / 2022-11-28 |
| 22 | House Plan CH700 | VAu001487962 / 2022-11-28 |
| 23 | House Plan CH701 | VAu001487959 / 2022-11-28 |
| 24 | House Plan CH702 | VAu001488476 / 2022-12-02 |
| 25 | House Plan CH703 | VAu001489161 / 2022-12-16 |
| 26 | House Plan CH704 | VAu001493340 / 2023-02-02 |
| 27 | House Plan CH705 | VAu001495124 / 2023-02-22 |
| 28 | House Plan CH706 | VAu001496040 / 2023-03-10 |
| 29 | House Plan CH707 | VAu001505280 / 2023-07-10 |
| 30 | House Plan CH708 | VAu001496640 / 2023-03-21 |
| 31 | House Plan CH709 | VAu001496536 / 2023-03-24 |
| 32 | House Plan CH710 | VAu001497195 / 2023-04-06 |
| 33 | House Plan CH711 | VAu001498234 / 2023-04-19 |
| 34 | House Plan CH712 | VAu001498667 / 2023-04-27 |
| 35 | House Plan CH713 | VAu001500338 / 2023-05-17 |
| 36 | House Plan CH714 | VAu001501441 / 2023-05-18 |
| 37 | House Plan CH715 | VAu001501071 / 2023-05-19 |
| 38 | House Plan CH716 | VAu001505278 / 2023-07-10 |
| 39 | House Plan CH717 | VAu001505277 / 2023-07-10 |
| 40 | House Plan CH718 | VAu001523717 / 2024-02-08 |
| 41 | House Plan CH719 | VAu001523805 / 2024-02-08 |
| 42 | House Plan CH719 V4B | VA0002413913 / 2024-07-29 |
| 43 | House Plan CH720 | VAu001523546 / 2024-02-08 |

| # | Title | Registration / Date |
|---|---|---|
| 44 | House Plan CH721 | VAu001523778 / 2024-02-08 |
| 45 | House Plan CH724 | VAu001524691 / 2024-02-09 |
| 46 | House Plan CH725 | VAu001524690 / 2024-02-09 |
| 47 | House Plan CH727 | VAu001524689 / 2024-02-09 |
| 48 | House Plan CH728 | VAu001524685 / 2024-02-09 |
| 49 | House Plan CH729 | VAu001524683 / 2024-02-09 |
| 50 | House Plan CH730 | VAu001524678 / 2024-02-09 |
| 51 | House Plan CH731 | VAu001524151 / 2024-02-22 |
| 52 | House Plan CH732 | VAu001524150 / 2024-02-22 |
| 53 | House Plan CH734 | VAu001525264 / 2024-02-26 |
| 54 | House Plan CH735 | VAu001525258 / 2024-02-26 |
| 55 | House Plan CH736 | VAu001525257 / 2024-02-26 |
| 56 | House Plan CH737 | VAu001525513 / 2024-02-26 |
| 57 | House Plan CH738 | VAu001527998 / 2024-03-14 |
| 58 | House Plan CH739 | VAu001528168 / 2024-03-15 |
| 59 | House Plan CH740 | VAu001531697 / 2024-04-18 |
| 60 | House Plan CH741 | VAu001537899 / 2024-08-01 |
| 61 | House Plan CH742 | VAu001538176 / 2024-08-01 |
| 62 | House Plan CH743 | VAu001537942 / 2024-08-01 |
| 63 | House Plan CH745 | VAu001538187 / 2024-08-01 |
| 64 | House Plan CH460D | VAu001525429 / 2024-02-27 |
| 65 | House Plan CH747 | VAu001553984 / 2025-01-09 |
| 66 | House Plan CH748 | VAu001553982 / 2025-01-09 |