# EXHIBIT B



recommendations, fight spam, and display useful information. To take full advantage of these signals, we regularly fetch, store, and process page content associated with Pins.

# Why the Pinterest crawler accesses your site

The Pinterest crawler accesses your site for three main reasons:

- To collect information like the price, product description and availability of your products
- To make sure that it's safe for people to visit
- To create Pins so you do not have to

# How the Pinterest crawler accesses your site