# EXHIBIT C



# Sr. Staff Product Manager, Auto-Crawl

San Francisco, California, United States / Seattle, Washington, United States / Remote, United States

Product

Regular

Mar 04 2024

Home / Jobs / Sr. Staff Product Manager, Auto-Crawl

## Description

**About Pinterest**:

Millions of people across the world come to Pinterest to find new ideas every day. It's where they get inspiration, dream about new possibilities and plan for what matters most. Our mission is to help those people find their inspiration and create a life they love. In your role, you'll be challenged to take on work that upholds this mission and pushes Pinterest forward. You'll grow as a person and leader in your field, all the while helping Pinners make their lives better in the positive corner of the internet.

Creating a life you love also means finding a career that celebrates the unique perspectives and experiences that you bring. As you read through the expectations of the position, consider how your skills and experiences may complement the responsibilities of the role. We encourage you to think through your relevant and transferable skills from prior experiences.

*Our new progressive work model is called PinFlex, a term that's uniquely Pinterest to describe our flexible approach to living and working. Visit our PinFlex landing page to learn more.*

The Content team at Pinterest is seeking a Sr. Staff Product Manager to build the *first* auto-crawl product to super size the supply of fresh content on platform. In this role, you will be the driver of an executive initiative, working across Product, Engineering, Data Science, and Operations to automatically identify highly engaging content sources, create high-quality, representative Pins, and drive Shopping success on Pinterest. As the owner of this 0 > 1 initiative, you will be accountable for articulating the long-term vision, spanning across orgs and disciplines to achieve shorter-term milestones, and representing the workstream across senior leaders at Pinterest. Come join the team that's at the heart of bringing the best of the web to Pinners, enriching their lives and making their dreams a reality!

**What you'll do:**

- Lead product vision, strategy, and execution for automated content acquisition products at Pinterest, understanding diverse Pinner needs to acquire the content that matches our wide breadth of audiences and business objectives, empowering Pinners to get more information about, take action on, and refine they ideas they find.
- Collaborate across product teams to drive alignment and resolve dependencies, creating a unified vision for where content experiences are headed at Pinterest and how teams come together to create those experiences.
- Partner closely with a wide range of disciplines including engineering, data science, quantitative research, marketing, legal, and operations to define, measure, and drive execution.
- Mentor and build capability in your peer product managers within Content.

**What we're looking for:**

- Demonstrated success in product management or related experience at fast-growing companies.
- Previous experience or exposure to crawling / extraction technology and Operations teams. Experience in partnering with machine learning, content distribution, or understanding teams is a plus.
- Proven ability to lead in ambiguous environments, aligning across functions, teams, and orgs to deliver on time in a highly collaborative environment.
- Strong analytical skills to define product strategy and drive decision making,

### Similar Jobs

**Sr. Data Scientist, Conversion Visibility**
San Francisco + 1 other locations

**Sr. Staff Machine Learning Engineer, Ads Content Integrity & Quality**
San Francisco + 2 other locations

**Sr. Product Manager, Trust & Safety Platform**
San Francisco + 1 other locations

Product

San Francisco

Seattle