**EXHIBIT D**




